```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 00970
     UCHENNA WOJCIECH NEBUWA
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
     SSN XXX-XX-1776

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/19/2007 and was confirmed 04/09/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  40.00%.

     The case was converted to chapter 7 after confirmation 01/03/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                  CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------------
HOUSEHOLD BANK                 UNSECURED        2511.36         .00         209.13
BEST BUY                       UNSECURED      NOT FILED         .00            .00
HSBC NV                        NOTICE ONLY    NOT FILED         .00            .00
BEST BUY                       NOTICE ONLY    NOT FILED         .00            .00
AMERICAN EXPRESS CENTURI       UNSECURED        2691.11         .00         166.56
AMERICAN EXPRESS CENTURI       UNSECURED        2590.77         .00         160.35
ECAST SETTLEMENT CORP          UNSECURED        2984.92         .00         184.75
ECAST SETTLEMENT CORP          UNSECURED        1946.04         .00         120.44
BANK OF AMERICA                UNSECURED      NOT FILED         .00            .00
BP/CITI                        UNSECURED      NOT FILED         .00            .00
CAPITAL ONE                    UNSECURED        1723.78         .00         106.69
JEFFERSON CAPITAL SYSTEM       UNSECURED        2793.53         .00         172.89
JPMORGAN CHASE BANK            NOTICE ONLY    NOT FILED         .00            .00
DAIMLERCHRYSLER FINANCIA       UNSECURED       10474.99         .00         648.34
CITY OF CHICAGO DEPT OF        UNSECURED      NOT FILED         .00            .00
COLEMAN J SPECTOR DDS          UNSECURED      NOT FILED         .00            .00
GAP CARD                       UNSECURED      NOT FILED         .00            .00
B-LINE LLC                     UNSECURED        1390.98         .00          86.09
PROVIDIAN FINANCIAL            UNSECURED      NOT FILED         .00            .00
RETAILERS NATIONAL BANK        UNSECURED      NOT FILED         .00            .00
SAINT MARY OF NAZARETH H       UNSECURED      NOT FILED         .00            .00
SEARS ROEBUCK & CO             UNSECURED      NOT FILED         .00            .00
LVNV FUNDING                   NOTICE ONLY    NOT FILED         .00            .00
SEARS ROEBUCK & CO             UNSECURED      NOT FILED         .00            .00
LVNV FUNDING                   NOTICE ONLY    NOT FILED         .00            .00
SHELL/CITI                     UNSECURED      NOT FILED         .00            .00
TONYS FINER FOODS              UNSECURED      NOT FILED         .00            .00
TRS RECOVERY SERVICES IN       NOTICE ONLY    NOT FILED         .00            .00
TURNER ACCEPTANCE              UNSECURED      NOT FILED         .00            .00
ROUNDUP FUNDING LLC            UNSECURED         331.59         .00          20.53
RESURGENT CAPITAL SERVIC       UNSECURED         459.66         .00          28.45
RESURGENT CAPITAL SERVIC       UNSECURED        1058.14         .00          65.49

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 00970 UCHENNA WOJCIECH NEBUWA
```

```
PORTFOLIO RECOVERY ASSOC  UNSECURED         767.38           .00           47.50
ECAST SETTLEMENT CORP     UNSECURED         450.42           .00           27.88
ROUNDUP FUNDING LLC       UNSECURED        1019.92           .00           63.13
ROUNDUP FUNDING LLC       UNSECURED         713.03           .00           44.14
PETER FRANCIS GERACI      DEBTOR ATTY     1,175.00                      1,175.00
TOM VAUGHN                TRUSTEE                                         242.64
DEBTOR REFUND             REFUND                                              .00
```

     Summary of Receipts and Disbursements:
    ------------------------------------------------------------------------
                         RECEIPTS                DISBURSEMENTS
    ------------------------------------------------------------------------
    TRUSTEE              3,570.00

    PRIORITY                                              .00
    SECURED                                               .00
    UNSECURED                                        2,152.36
    ADMINISTRATIVE                                   1,175.00
    TRUSTEE COMPENSATION                               242.64
    DEBTOR REFUND                                         .00
                         ---------------         ---------------
    TOTALS               3,570.00                   3,570.00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
     Dated: 04/23/08           _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE